

# IN THE
## TENTH COURT OF APPEALS
─────────────────
### No. 10-13-00314-CV

**MICHELLE GARCIA,**

**Appellant**

**v.**

**GERARDO JUAREZ,**

**Appellee**

─────────────────

### From the 278th District Court
### Walker County, Texas
### Trial Court No. 25105

─────────────────

## MEMORANDUM OPINION

─────────────────

Michelle Garcia appealed the trial court's order granting Gerardo Juarez's motion for summary judgment. The parties have now filed a joint motion to remand the case. The parties' motion is granted in part.

Accordingly, the trial court's judgment is set aside without regard to the merits and this case is remanded to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Judgment set aside and remanded
Opinion delivered and filed April 10, 2014
[CV06]